**Albert SAMUEL, Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

No. 2137.

Municipal Court of Appeals for the District of Columbia.

Argued March 10, 1958.

Decided June 3, 1958.

Louis J. Lombardo, Washington, D. C., for appellant.

Richard W. Barton, Asst. Corp., Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellant, the operator of an automobile, was convicted of failing to reduce its speed when approaching and crossing an intersection, in violation of Part I, Article VI, § 22(c), of the Traffic and Motor Vehicle Regulations. We have examined the record and the claims of error and we find no error.

Affirmed.